#



## County of Greenville

MAR 1 8 2025

**Greenville County Voter Registration and Election Board**
Bob Schaffner, *Chairman*
Bill Lynch, *1st Vice Chairman*
Markylena Tolbert-Wydman, *2nd Vice Chairman*
Conway Belangia, *Director*

March 12, 2025

Ms. Madeline Ziegler, Esquire
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701

Re: Correspondence of February 18th

Dear Ms. Ziegler,

In review of your letter, there are a few situations that need to be addressed.

- Our board is unaware of any specific complaint
- This has never been an issue raised to our board in my 28 years of service
- We are subject to laws of SC and standard procedures determined by our State Election Commission through the Poll Manager Handbook issued to all poll workers

According to information from the SC State Election Commission, they responded to you on January 10th with where SC Law stands. The SC Attorney General, Mr. Alan Wilson, may be a better agency to request clarification on the State Law.

Respectfully,

Bob Schaffner, Chairman

27