IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| **JAMES REEL**, | ) C.A. No.: _____ |
| Plaintiff, | ) |
| v. | ) **ANSWERS TO LCR 26.01 INTERROGATORIES** |
| **JENNY WOOTEN**, *in Her Official Capacity as Interim Executive Director of the South Carolina State Election Commission*; **CONWAY BELANGIA**, *in His Official Capacity as Director of Voter Registration & Elections in Greenville County*; and **GREENVILLE COUNTY VOTER REGISTRATION & ELECTION BOARD**, | ) |
| Defendants. | ) |

**COMES NOW** James Reel, by and through his undersigned counsel, and pursuant to the Local Civil Rules of the District of South Carolina, and specifically, LCR 26.01, provides the following answers to the mandatory interrogatories:

1. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

    **ANSWER: Plaintiff is not aware of any information responsive to this interrogatory.**

2. As to each claim, state whether it should be tried jury or nonjury and why.

    **ANSWER: Each of Plaintiff's causes of action is for declaratory relief regarding rights established under the Constitution of the United States. Accordingly, Plaintiff does not perceive that he has a right to trial by jury as to the causes of action presented.**

3. State whether the party submitting these responses is a publicly owned company and separately identify: (i) each publicly owned company of which it is a parent, subsidiary, partner,

or affiliate; (ii) each publicly owned company which owns ten (10) percent or more of the outstanding shares or other indicia of ownership of the party; and (iii) each publicly owned company in which the party owns ten (10) percent or more of the outstanding shares.

**ANSWER: Plaintiff is not a publicly owned company, and further:**

**As to (i), Plaintiff is not the parent, subsidiary, partner, or affiliate of any publicly traded company;**

**As to (ii), there is no publicly traded company which owns ten percent (10%) or more of the stock or other indicia of ownership in Plaintiff; and,**

**As to (iii), Plaintiff does not own ten percent (10%) or more of the outstanding shares in any publicly traded company.**

4. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER: The causes of action alleged present federal questions under 28 U.S.C. § 1331; venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(1) & (2), and is proper in this Division under the pertinent provisions of the Local Civil Rules.**

5. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (i) a short caption and the full case number of the related action; (ii) an explanation of how the matters are related; and (iii) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or

property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER**:  **Plaintiff is not aware of any information responsive to this interrogatory, and further, is informed and believes that this matter is not related to any other matter filed in the District.**

6. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER**:  **This interrogatory is not applicable.**

*[Signature Page Follows]*

Respectfully submitted,

*s/ Steven Edward Buckingham*

_____

Steven Edward Buckingham, Esq. (D.S.C. No. 10118)
The Law Office of Steven Edward Buckingham, LLC
114 Poinsett Highway / Suite D
Greenville, SC 29609
(o) 864.735.0832
(e) seb@buckingham.legal

October 8
_____, 2025
Greenville, South Carolina

Samuel T. Grover*
Kyle J. Steinberg*
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
608-256-8900
sam@ffrf.org
steinbergk@ffrf.org
* Pro Hac Vice Application Forthcoming

*Attorneys for Plaintiff*