# HAYNSWORTH SINKLER BOYD

SARAH P. SPRUILL

October 30, 2025

**VIA EMAIL ONLY**
Steven Edweard Buckingham
114 Poinsett Highway Suite D
Greenville SC 29609
seb@buckingham.legal

Re:   *James Reel v. Jenny Wooten, et al.*
      Civil Action No. 6:25-cv-12878-JDA

Dear Steven:

This letter is to confirm our recent email conversation in which you graciously agreed to extend the time for Defendants Conway Belangia and the Greenville County Board of Voter Registration and Elections to answer, move or otherwise respond to Plaintiff's Complaint in the above-referenced case by 21 days. By my calculations, the new response date is November 25, 2025. Please sign below and mail or e-mail a copy back to me if this accurately reflects our agreement.

Thank you for your courtesy in this matter, and I look forward to working with you.

Sincerely,

HAYNSWORTH SINKLER BOYD, P.A.

*s/ Sarah P. Spruill*
Sarah P. Spruill (Fed Bar # 8054)

This letter accurately reflects our agreement and has been acknowledged.

_____
Steven Edward Buckingham (Fed Bar #10118)