# AFFIDAVIT OF SERVICE

**State of South Carolina**　　　　**County of Greenville**　　　　**District Court**

Case Number: 6:25-CV-12878-JDA

Plaintiff:
**JAMES REEL**

vs.

Defendant:
**JENNY WOOTEN, et al**

Received by FALCON EXPRESS SERVICES, LLC on the 9th day of October, 2025 at 3:03 pm to be served on **Voter Registration & Elections, 225 South Pleasantburg Drive, Suite B6, Greenville, SC 29607**.

I, Barbara Bryant, being duly sworn, depose and say that on the **14th day of October, 2025 at 11:18 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **COMPLAINT, ANSWER TO LCR 26.01 INTERROGATORIES and SUMMONS IN A CIVIL ACTION** to: **Alfreda Parks** as **Administrative Coordinator** for **Voter Registration & Elections**, and informed said person of the contents therein, in compliance with State Statutes.

Any and all physical description details are approximations.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _14th_ day of _October_, _2025_ by the affiant who is personally known to me.

_Tracey A. Rich_
NOTARY PUBLIC
My Commission Expires: _3/10/26_

**Barbara Bryant**
Process Server

**FALCON EXPRESS SERVICES, LLC**
(843) 577-9696

Our Job Serial Number: FES-2025009989

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

