IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| **JAMES REEL**, | ) C.A. No.: 6:25-cv-12878-JDA |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF SUMMONS RETURNED EXECUTED** |
| | ) |
| **JENNY WOOTEN,** *in Her Official Capacity as Interim Executive Director of the South Carolina State Election Commission*; **CONWAY BELANGIA**, *in His Official Capacity as Director of Voter Registration & Elections in Greenville County*; and **GREENVILLE COUNTY VOTER REGISTRATION & ELECTION BOARD**, | ) |
| | ) |
| Defendants. | ) |

**COMES NOW** Plaintiff, by and through his undersigned counsel, and pursuant to the applicable Rules of Civil Procedure, hereby provides notice that the Summons, Complaint (and attachments thereto), and Answers to LCR 26.01 Interrogatories in the above-captioned civil action, (ECF Nos. 1, 1-1, 1-2, 1-3, 1-4, 3, 4-1, 4-2 & 4-3), were served upon Defendant Jenny Wooten by personal service of the same on October 14, 2025, and upon the Greenville county Voter Registration & Election Board and its director, Conway Belangia, by personal service on the same date. Such service is reflected in the affidavits of service filed herewith.

Respectfully submitted,

*s/ Steven Edward Buckingham*

_____
Steven Edward Buckingham (D.S.C. Bar No. 10118)
The Law Office of Steven Edward Buckingham, LLC
114 Poinsett Highway / Suite D
Greenville, South Carolina 29609
(o) 864.735.0832
(e) seb@buckingham.legal

*Attorney for Plaintiff James Reel*

November 4, 2025
Greenville, South Carolina