**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| JAMES REEL,<br><br>　　　Plaintiff,<br><br>v.<br><br>JENNY WOOTEN, in Her Official Capacity as Interim Executive Director of the South Carolina State Election Commission; CONWAY BELANGIA, in His Official Capacity as Director of Voter Registration & Elections in Greenville County; and GREENVILLE COUNTY VOTER REGISTRATION & ELECTION BOARD,<br><br>　　　Defendants. | C.A. No.: 6:25-cv-12878-JDA<br><br>**DEFENDANTS CONWAY BELANGIA AND GREENVILLE COUNTY VOTER REGISTRATION & ELECTION BOARD'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

　　　Pursuant to Local Rule 26.01, Defendants Conway Belangia and Greenville County Voter Registration & Election Board, hereby answer the following Interrogatories:

　　　(A)　State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**Response:　None.**

　　　(B)　As to each claim, state whether it should be tried jury or nonjury and why.

**Response:　There is not a jury demand in the complaint; however, there has been a jury demand by Defendant Wooten.**

　　　(C)　State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the

outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**Response:** **No.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**Response:** **Plaintiff asserts that jurisdiction is proper pursuant to 28 U.S.C. § 1331. The events giving rise to the complaint occurred, in substantial part, in Greenville County within this Division of the District of South Carolina.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Response:** **No.**

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**Response:** **The Greenville County Voter Registration & Election Board County Board is properly named the Greenville County Board of Voter Registration and Elections. Counsel will accept service of an amended summons and pleading reflecting the correct identification.**

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**Response: These defendants' actions were at all times consistent with and in reliance on S.C. Code Ann. § 7-13-72 and the guidance provided by the South Carolina Election Commission.**

(H) [Parties or Intervenors in a Diversity Case.] In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**Response: Not applicable.**

Respectfully submitted,

*s/ Sarah P. Spruill*
Sarah P. Spruill, Fed ID 8054
HAYNSWORTH SINKLER BOYD, P.A.
ONE North Main, 2nd Floor (29601)
P.O. Box 2048
Greenville, SC  29602
(864) 240-3200
(864) 240-3300 (facsimile)
sspruill@hsblawfirm.com

*Attorneys for Defendants Conway Belangia and the Greenville County Board of Voter Registration and Elections*

Dated:  November 25, 2025
Greenville, South Carolina