IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| **JAMES REEL**, | ) | Civil Action No. 6:25-cv-12878 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Motion in Support of *Pro Hac Vice* Application for Attorney Kyle J. Steinberg** |
| | ) | |
| **JENNY WOOTEN**, *in Her Official Capacity as Interim Executive Director of the South Carolina State Election Commission*; **CONWAY BELANGIA**, *in His Official Capacity as Director of Voter Registration & Elections in Greenville County*; and **GREENVILLE COUNTY VOTER REGISTRATION & ELECTION BOARD**, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

    The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that

<u>Kyle J. Steinberg</u> be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

   ☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

_____
_____

☐ No duty of consultation is required because the opposing party is proceeding pro se.

Respectfully submitted,

*s/ Steven Edward Buckingham*
Steven Edward Buckingham, Esq. (D.S.C. No. 10118)
The Law Office of Steven Edward Buckingham, LLC
114 Poinsett Highway / Suite D
Greenville, SC 29609
(o) 864.735.0832
(e) seb@buckingham.legal

December 10
_____, 2025
Greenville, South Carolina