## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| **JAMES REEL**, | ) Civil Action No. 6:25-cv-12878 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **MOTION IN SUPPORT OF *PRO HAC VICE*** |
| | ) **APPLICATION FOR ATTORNEY SAMUEL T.** |
| **JENNY WOOTEN**, *in Her Official* | ) **GROVER** |
| *Capacity as Interim Executive Director* | ) |
| *of the South Carolina State Election* | ) |
| *Commission*; **CONWAY BELANGIA**, | ) |
| *in His Official Capacity as Director of* | ) |
| *Voter Registration & Elections in* | ) |
| *Greenville County*; and **GREENVILLE** | ) |
| **COUNTY VOTER REGISTRATION** | ) |
| **& ELECTION BOARD**, | ) |
| | ) |
| Defendants. | ) |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that

Samuel T. Grover be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1.  I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2.  All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3.  Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4.  Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5.  Certification of Consultation (Local Civil Rule 7.02).

    ☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐will likely oppose; ☒does not intend to oppose

☐      Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

_____

_____

☐      No duty of consultation is required because the opposing party is proceeding pro se.

Respectfully submitted,

*s/ Steven Edward Buckingham*
Steven Edward Buckingham, Esq. (D.S.C. No. 10118)
The Law Office of Steven Edward Buckingham, LLC
114 Poinsett Highway / Suite D
Greenville, SC 29609
(o) 864.735.0832
(e) seb@buckingham.legal

December 10
_____, 2025
Greenville, South Carolina