IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| **JAMES REEL**, | ) | Civil Action No. 6:25-cv-12878 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **APPLICATION/AFFIDAVIT FOR PRO HAC VICE** |
| | ) | **ADMISSION** |
| **JENNY WOOTEN**, *in Her Official Capacity as Interim Executive Director of the South Carolina State Election Commission*; **CONWAY BELANGIA**, *in His Official Capacity as Director of Voter Registration & Elections in Greenville County*; and **GREENVILLE COUNTY VOTER REGISTRATION & ELECTION BOARD**, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

(1) Name. _____Samuel_____ ____Troxell____ ____Grover_____
           First         Middle        Last

(2) Residence. I reside in the following state: Wisconsin
    If a South Carolina resident, indicate months/years of residence: N/A

(3) Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

   Firm name: Freedom From Religion Foundation
   Mailing address: PO Box 750                         City/State/Zip: Madison, WI 53701
   Telephone number: (608) 256-8900
   Facsimile number: (608) 204-0422
   E-mail address: sgrover@ffrf.org
   (Application will not be considered without an e-mail address to receive electronic notification.)

(4) Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina. I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

---

[1] This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

(5) Regular Practice of Law. I am a member in good standing of the bar of the highest court of the <u>State of Wisconsin</u> where I regularly practice law. **Attached is my certificate of good standing.**

(6) Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court | Date Admitted | Good Standing |
|---|---|---|
| United States Supreme Court | 2/24/2025 | ☒ Yes ☐ No |
| U.S. Court of Appeals for the First Circuit | 10/13/2019 | ☒ Yes ☐ No |
| U.S. Court of Appeals for the Second Circuit | 5/27/2025 | ☒ Yes ☐ No |
| U.S. Court of Appeals for the Fifth Circuit | 10/7/2016 | ☒ Yes ☐ No |
| U.S. Court of Appeals for the Seventh Circuit | 9/1/2017 | ☒ Yes ☐ No |
| U.S. Court of Appeals for the Ninth Circuit | 12/26/2023 | ☒ Yes ☐ No |
| U.S. Court of Appeals for the Tenth Circuit | 3/27/2024 | ☒ Yes ☐ No |
| U.S. District Court for the Western District of Wisconsin | 12/12/2014 | ☒ Yes ☐ No |
| U.S. District Court for the Western District of Texas | 3/7/2016 | ☒ Yes ☐ No |
| U.S. District Court for the Southern District of Texas | 2/11/2019 | ☒ Yes ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

Page **2** of **3**

(11)  Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes  ☒ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

(12)  Designated Local Counsel. Local counsel of record associated with Applicant in this case is:
Attorney Name: Steven Edward Buckingham
Firm Name: The Law Office of Steven Edward Buckingham, LLC
Street Address or Post Office Box: 114 Poinsett Highway / Suite D
City, State, and Zip Code: Greenville, SC 29609
Telephone Number: (864) 735-0832
E-Mail Address: seb@buckingham.legal

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with applicable rules of procedure. Local counsel of record may attend discovery proceedings.

(13)  Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.
Kyle J. Steinberg

(14)  Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with the Local Rules of the United States District Court for the District of South Carolina or paid herewith.

(15)  Electronic Notification. By submitting this application, I consent to electronic notification.

(16)  Represented Party/Parties. I seek to represent the following party/parties:
James Reel, Plaintiff

(17)  I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions

_____
Signature of Applicant

**Sworn to and subscribed before me**
this 28 day of October, 2015.

Samantha F. Lawrence
A Notary Public
of the State of Wisconsin
My Commission expires: Permanent

Revised 10/11/05