**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**
**Case Number: 6:25-cv-12878-JDA**

| | |
|---|---|
| James Reel,<br><br>Plaintiff,<br><br>vs.<br><br>Jenny Wooten, in her official capacity as Interim Executive Director of the South Carolina State Election Commission, Conway Belangia, in his official capacity as Director of Voter Registration and Elections in Greenville, County, and Greenville County Voter Registration and Election Board,<br><br>Defendants. | **JOINT RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐     We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

*(SIGNATURE PAGE TO FOLLOW)*

Respectfully submitted,

s/ Steven Edward Buckingham
Steven Edward Buckingham, Esq. (D.S.C. No. 10118)
The Law Office of Steven Edward Buckingham, LLC
114 Poinsett Highway / Suite D
Greenville, SC 29609
(o) 864.735.0832
(e) seb@buckingham.legal

Samuel T. Grover*
Kyle J. Steinberg*
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
608-256-8900
sam@ffrf.org
steinbergk@ffrf.org
* Pro Hae Vice Application Forthcoming

*Attorneys for Plaintiff*

s/Charles F. Turner, Jr.
Charles F. Turner, Jr. (Fed. I.D. 05849)
WILLSON JONES CARTER & BAXLEY, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC  29607
Telephone: (864) 672-3711
Facsimile: (864) 373-7055
Email: cfturner@wjcblaw.com

*Attorney for Defendant Jenny Wooten*

s/ Sarah P. Spruill
Sarah P. Spruill, Fed ID 8054
HAYNSWORTH SINKLER BOYD, P.A.
ONE North Main, 2nd Floor (29601)
P.O. Box 2048
Greenville, SC 29602
(864) 240-3200
(864) 240-3300 (facsimile)
sspruill@hsblawfirm.com

*Attorneys for Defendants Conway Belangia and the Greenville County Board of Voter Registration and Elections*

\

Greenville, South Carolina
December 29, 2025