**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| JAMES REEL,<br><br>Plaintiff,<br><br>v.<br><br>CONWAY BELANGIA, *in His Official Capacity as Executive Director of the South Carolina State Election Commission*; PATTY ROACH, *in Her Official Capacity as Interim Director of Voter Registration & Elections in Greenville County*; and GREENVILLE COUNTY VOTER REGISTRATION & ELECTION BOARD,<br><br>Defendants. | Civil Action No. 6:25-cv-12878 |

**MOTION TO WITHDRAW AS COUNSEL**

The undersigned local counsel hereby requests that Kyle J. Steinberg, be permitted to withdraw as counsel for Plaintiff. In support of this motion, undersigned counsel states:

1. Beginning September 4, 2026, Attorney Steinberg will no longer be employed with the Freedom From Religion Foundation.
2. Plaintiff continues to be represented by Counsel of Record Steven Edward Buckingham as well as FFRF Attorney Samuel Grover.
3. This motion is with the consent of Plaintiff and the attorneys who will remain as counsel for Plaintiff. Counsel for Defendant has no objection to the motion.

Respectfully submitted,

*s/ Steven Edward Buckingham*
Steven Edward Buckingham, Esq. (D.S.C. No. 10118)
The Law Office of Steven Edward Buckingham, LLC
114 Poinsett Highway / Suite D
Greenville, SC 29609
(o) 864.735.0832
(e) seb@buckingham.legal

September 8, 2026
Greenville, South Carolina