**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**
**Case Number: 6:25-cv-12878-JDA**

| | |
|---|---|
| James Reel,<br><br>Plaintiff,<br><br>vs.<br><br>Jenny Wooten, in her official capacity as Interim Executive Director of the South Carolina State Election Commission, Conway Belangia, in his official capacity as Director of Voter Registration and Elections in Greenville, County, and Greenville County Voter Registration and Election Board,<br><br>Defendants. | **SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER** |

1. Plaintiff James Reel and Defendants Jenny Wooten, Conway Belangia, and the Greenville County Voter Registration and Election Board (collectively "the Parties") hereby jointly move to modify this Court's May 2026 Second Amended Conference and Scheduling Order (Dkt. 29). In furtherance of this joint motion, the Parties assert as follows:
2. The Parties seek to extend the deadlines set forth in the Scheduling Order by approximately 120 days. The Parties anticipate that a 120-day extension to the existing deadlines will be sufficient for the parties to complete discovery if a resolution to this lawsuit cannot be reached before then.
3. The Parties seek to postpone the deadlines to discovery, the Rule 56 Conference, post-discovery motions, mediation, and trial.

4. A 120-day extension will allow the Defendants to complete their duties with regards to the upcoming November election free from concerns over meeting discovery and trial preparation deadlines.

5. The new approximate deadlines proposed by the Parties, subject to this Court's ultimate approval, are included in the Proposed Third Amended Conference and Scheduling Order accompanying this Joint Motion.

Respectfully submitted,

*s/ Steven Edward Buckingham*
Steven Edward Buckingham, Esq. (D.S.C. No. 10118)
The Law Office of Steven Edward Buckingham, LLC
114 Poinsett Highway / Suite D
Greenville, SC 29609
(o) 864.735.0832
(e) seb@buckingham.legal

Samuel T. Grover*
Kyle J. Steinberg*
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
608-256-8900
sam@ffrf.org
steinbergk@ffrf.org
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

*s/Charles F. Turner, Jr.*
Charles F. Turner, Jr. (Fed. I.D. 05849)
WILLSON JONES CARTER & BAXLEY, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC 29607
Telephone: (864) 672-3711
Facsimile: (864) 373-7055
Email: cfturner@wjcblaw.com

*Attorney for Defendant Jenny Wooten*

*s/ Sarah P. Spruill*
Sarah P. Spruill, Fed ID 8054
HAYNSWORTH SINKLER BOYD, P.A.
ONE North Main, 2nd Floor (29601)
P.O. Box 2048
\ Greenville, SC 29602
(864) 240-3200
(864) 240-3300 (facsimile)
sspruill@hsblawfirm.com

*Attorneys for Defendants Conway Belangia and the Greenville County Board of Voter Registration and Elections*