**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| James Reel,<br><br>Plaintiff,<br><br>v.<br><br>Conway Belangia, in His Official Capacity as Executive Director of the South Carolina State Election Commission; Patty Roch, in Her Official Capacity as Interim Director of Voter Registration & Elections in Greenville County; and Greenville County Voter Registration & Election Board,<br><br>Defendants. | C.A. No. 6:25-cv-12878-JDA<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

PLEASE TAKE NOTICE that Sarah P. Spruill, counsel for Defendants Greenville County Voter Registration & Election Board and Interim Director Patty Roach, respectfully requests protection from all Court appearances and proceedings being scheduled in this matter on the dates below for the reasons noted.

**May 10, 2027 – May 21, 2027** **Personal travel plans**

Counsel for Defendants would show that at the time of the filing of this Notice, no known conflict exists with any scheduled hearings or appearances.

Respectfully submitted,

*s/ Sarah P. Spruill*
Sarah P. Spruill, Fed ID 8054
HAYNSWORTH SINKLER BOYD, P.A.
ONE North Main, 2nd Floor (29601)
P.O. Box 2048
Greenville, SC 29602
(864) 240-3200
(864) 240-3300 (facsimile)
sspruill@hsblawfirm.com
*Attorneys for Defendants Greenville County Voter Registration & Election Board and Interim Director Patty Roach*

Dated: October 26, 2026