**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **JAMES REEL**,<br><br>Plaintiff,<br><br>v.<br><br>**JENNY WOOTEN**, ***in Her Official Capacity as Interim Executive Director of the South Carolina State Election Commission***; **CONWAY BELANGIA**, ***in His Official Capacity as Director of Voter Registration & Elections in Greenville County***; and **GREENVILLE COUNTY VOTER REGISTRATION & ELECTION BOARD**,<br><br>Defendants. | ) | Civil Action No. 6:25-cv-12878<br><br>**MOTION IN SUPPORT OF *PRO HAC VICE* APPLICATION FOR ATTORNEY CHARLOTTE R. GUDE** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Charlotte R. Gude be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and
2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and
3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and
4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.
5. Certification of Consultation (Local Civil Rule 7.02).

☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐will likely oppose; ☒does not intend to oppose

☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

______________________________________________

______________________________________________

☐ No duty of consultation is required because the opposing party is proceeding pro se.

Respectfully submitted,

*s/ Steven Edward Buckingham*
Steven Edward Buckingham, Esq. (D.S.C. No. 10118)
The Law Office of Steven Edward Buckingham, LLC
114 Poinsett Highway / Suite D
Greenville, SC 29609
(o) 864.735.0832
(e) seb@buckingham.legal

November 20, 2026
Greenville, South Carolina